No. 107, Misc. CRUMMER COMPANY ET AL. *v.* DUPONT ET AL., TRUSTEES, ET AL. Motion for leave to file petition for writ of certiorari to the Circuit Court of Appeals for

the Fifth Circuit denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Robert J. Pleus, Chris Dixie* and *Joseph P. Lea, Jr.* for petitioners. *Richard W. Ervin,* Attorney General of Florida, *Ralph McLane,* Assistant Attorney General, *Henry P. Adair, Donald Russell, Charles R. Scott* and *H. M. Voorhis* for respondents.